# IN THE UNITED STATES DISTRICT COURT IN AND FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **CM, by His Next Friends Donald Moots and Lezley Moots,**   **Plaintiffs,**   vs.   **REBECCA NELSON, CNM n/k/a REBECCA MCKAY, CNM and KNOXVILLE COMMUNITY HOSPITAL, INC.,**   **Defendants.** | **Civil Action No: 4:14-cv-301**   **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, CM, by His Next Friends Donald Moots and Lezley Moots, ("Plaintiffs"), and Defendants Rebecca Nelson, CNM, n/k/a Rebecca McKay, CNM and Knoxville Community Hospital, Inc., (Defendants"), collectively referred to as "The Parties," have amicably settled and compromised all claims asserted in this action, they have agreed that this suit and all claims asserted by Plaintiffs against Defendants in Plaintiffs' Complaint should be dismissed with prejudice, and that each party is to bear their or its own litigation expenses, court costs, and attorneys' fees.

WHEREFORE, THE PARTIES PRAY for entry of judgment dismissing this suit, and all claims by Plaintiffs against Defendants, with prejudice, and providing that each party is to bear its own litigation expenses, court costs and attorneys' fees.

_____
BRIAN P. GALLIGAN        AT0002632
    for
GALLIGAN REID, P.C.
300 Walnut Street
Suite 5
Des Moines, IA 50309-2239
Phone:  (515) 282-3333
Fax:  (515) 282-0318
E-mail:  bgalligan@galliganlaw.com

ATTORNEYS FOR PLAINTIFFS


*/s/ Robert Houghton*_____
ROBERT D. HOUGHTON   AT0003739
JENNIFER E. RINDEN       AT0006606
DANA L. OXLEY                AT0005917
        for
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 U.S. Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:            (319) 365-8564
E-MAIL:      rdh@shuttleworthlaw.com
               jer@shuttleworthlaw.com
               dlo@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANTS REBECCA NELSON, CNM, n/k/a REBECCA MCKAY, CNM and KNOXVILLE COMMUNITY HOSPITAL, INC.